**SEALED BY ORDER OF COURT**

**FILED**
JAN 22 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

DAVID L. ANDERSON (CABN 149604)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5042
    FAX: (408) 535-5066
    Email:Matthew.Parrella@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 19 70117 MAG |
| Plaintiff, | UNITED STATES APPLICATION AND [PROPOSED] ORDER TO SEAL CRIMINAL COMPLAINT, AFFIDAVIT, AND ARREST WARRANT |
| v. | |
| JIZHONG CHEN, | |
| Defendant. | |

The United States, through undersigned counsel, respectfully moves this Court to seal the above-captioned criminal complaint, affidavit, and arrest warrant. If such documents were publicly available, it would impede law enforcement's ability to apprehend the defendant.

DATED: 1/22/19

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

MATTHEW A. PARRELLA
Assistant United States Attorney

U.S. APPLICATION TO SEAL;
[PROPOSED] ORDER      1

## [PROPOSED] ORDER

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the criminal complaint, affidavit, and arrest warrant in the above-captioned matter be sealed.

DATED: January 22, 2019

_____
HONORABLE VIRGINIA K. DEMARCHI
United States Magistrate Judge

U.S. APPLICATION TO SEAL;
[PROPOSED] ORDER                                           2