CR 19 00056    NC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

*SAN JOSE DIVISION*

THE UNITED STATES OF AMERICA

vs.

JIZHONG CHEN



FILED
JAN 31 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## INDICTMENT

COUNT ONE- (18 U.S.C. § 1832(a)(2) – Theft of Trade Secrets)

*A true bill.*



_____
                    *Foreperson*

Filed in open court this __31__ day of __January__ A.D. 201_9_

_Virginia K. DeMarchi_____
United States Magistrate Judge

Bail. $ __No process__

_____

1  ALEX G. TSE (CABN 152348)
   Attorney for the United States,
2  Acting Under the Authority
   Conferred by 28 U.S.C. § 515
3
4
5                                                                    FILED
6                                                                    JAN 31 2019
7                                                                    SUSAN Y. SOONG
                                                                     CLERK, U.S. DISTRICT COURT
                                                                     NORTHERN DISTRICT OF CALIFORNIA
                                                                     SAN JOSE

8                       UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA
10                            SAN JOSE DIVISION
11
12  UNITED STATES OF AMERICA,            )  Case No. CR 19 00056 NC
                                         )
13          Plaintiff,                   )  VIOLATION: Title 18, United States Code, Section
                                         )  1832(a)(2) – Theft of Trade Secrets;
14     v.                                )  18 U.S.C. §§ 1834 & 2323 –Criminal Forfeiture.
                                         )
15  JIZHONG CHEN,                        )  SAN JOSE VENUE
                                         )
16          Defendant.                   )
                                         )
17  _____)
18
19                                  I N D I C T M E N T
20  The Grand Jury charges:
21  COUNT ONE: (18 U.S.C. § 1832(a)(2) – Theft of Trade Secrets)
22       On or about December 19, 2018, in the Northern District of California, the defendant,
23                                  JIZHONG CHEN,
24  with the intent to convert a trade secret related to a product and service used in and intended for use in
25  interstate and foreign commerce, specifically, images of autonomy architecture, to the economic benefit
26  of a person other than the trade secret's owner, and knowing and intending that the offense would injure
27  the owner of that trade secret, Apple Inc., knowingly and without authorization photographed said trade
28  secret.

INDICTMENT                              1

1 | In violation of Title 18, United States Code, Section 1832(a)(2).

2 |

3 | FORFEITURE ALLEGATION: (18 U.S.C. §§ 1834 and 2323 – Proceeds and Property Involved in Theft of Trade Secrets)

4 | The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated as

5 | if fully set forth here.  Upon conviction of any of those offenses, the defendant,

6 | <center>JIZHONG CHEN,</center>

7 | shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 1834

8 | and 2323, any property used, or intended to be used, in any manner or part to commit or facilitate the

9 | commission of the offenses, and any property constituting or derived from any proceeds obtained

10 | directly or indirectly as a result of the commission of the offenses.

11 |     2. If any of the property described above, as a result of any act or omission of the defendant:

12 |         a.  cannot be located upon the exercise of due diligence;

13 |         b.  has been transferred or sold to, or deposited with, a third party;

14 |         c.  has been placed beyond the jurisdiction of the court;

15 |         d.  has been substantially diminished in value; or

16 |         e. has been commingled with other property which cannot be divided without difficulty,

17 | the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2323(b).

All pursuant to Title 18, United States Code, Sections 1834 and 2323.

DATED: 1-31-19

A TRUE BILL.

_____
FOREPERSON

ALEX G. TSE
Attorney for the United States,
Acting Under the Authority Conferred by 28 U.S.C. § 515

_____ for
JOHN H. HEMANN
Deputy Chief, Criminal Division

(Approved as to form: __MAP__ )
AUSA MATTHEW A. PARRELLA
AUSA MICHELLE KANE

INDICTMENT                                                3

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

Count One: 18 USC 1832(a)(2) - Theft of Trade Secrets

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 10 years imprisonment,
$250,000 fine,
$100 special assessment,
3 years' supervised release

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**DEFENDANT - U.S**
JIZHONG CHEN

DISTRICT COURT NUMBER
CR 19 00056 EJD

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
NDCA

FILED
JAN 31 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction         ☐ Federal ☒ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FBI S/A Jonathan Abel

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.
CR-19-70117 MAG

Has detainer been filed? ☐ Yes ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

Name and Office of Person Furnishing Information on this form   David L. Anderson
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Matthew A. Parrella

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments: