UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** April 29, 2019  **Time:** 1:50-1:53pm  **Judge:** Edward J. Davila
**Total Time:** 3 Mins.

**Case No.:** 19-cr-00056-EJD-1  **Case Name:** UNITED STATES v. Jizhong Chen(P)(NC)

**Attorney for Plaintiff:** Matthew Parrella
**Attorney for Defendant:** Daniel Olmos

**Deputy Clerk:** Adriana M. Kratzmann  **Court Reporter:** Lee-Anne Shortridge

**Interpreter:** N/A  **Probation Officer:** N/A

**PROCEEDINGS – STATUS CONFERENCE**

Defendant appeared out of custody.  Hearing held.
Counsel informed the Court that there has been litigation over defendant's custody status which is settled now.  A protective order has been executed and filed.  The first batch of discovery will be provided to defendant by 5/10/2019. Counsel requests the matter be continued to allow for defendant to review discovery.
The Court granted the request and continued the matter to 7/15/2019 at 1:30pm.
Time exclusions ordered pursuant to 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial, and excluded time from 4/29/2019 through and including 7/15/2019. For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

**CASE CONTINUED TO: July 15, 2019 1:30 P.M. for Further Status Conference.**

**EXCLUDABLE DELAY:**
Category – Effective preparation of counsel
Begins – 4/29/2019
Ends – 7/15/2019

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC: