1  ALEX G. TSE (CABN 152348)
   Attorney for the United States
2  Acting Under the Authority Conferred by 28 U.S.C. § 515

3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division
4
   AMIE D. ROONEY (CABN 215324)
5  MATTHEW A. PARRELLA (NYBN 2040855)
   Assistant United States Attorneys
6
       150 Almaden Boulevard, Suite 900
7      San Jose, California 95113
       Telephone: (408) 535-5061
8      FAX: (408) 535-5066
       Amie.Rooney@usdoj.gov
9
   Attorneys for United States of America
10
                        UNITED STATES DISTRICT COURT
11
                     NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN JOSE DIVISION
13

14  UNITED STATES OF AMERICA,              )  NO. 19-CR-00056-EJD
                                           )
15        Plaintiff,                       )  STIPULATION AND [PROPOSED] ORDER
                                           )  CONTINUING STATUS CONFERENCE
16    v.                                   )
                                           )
17                                         )
    JIZHONG CHEN,                          )
18                                         )
          Defendant.                       )
19  _____  )

20
          IT IS HEREBY STIPULATED AND AGREED between the United States and defendant
21
    JIZHONG CHEN, by and through undersigned counsel, that the status conference now scheduled for
22
    July 18, 2019, be continued to September 23, 2019, at 1:30 p.m.  The reason for the stipulated
23
    continuance is so that defense counsel may continue to prepare, including by reviewing the additional
24
    discovery in the process of being produced.  Since the parties last appeared the government has
25
    produced additional discovery, and the parties anticipate multiple additional discovery productions in
26
    the intervening time period.  The United States will also respond to requests for examinations of
27
    physical evidence expeditiously.
28

    STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
    Case No. 19 CR 00056-EJD                                          v. 7/10/2018

1       Further, the parties hereby stipulate that the time period from July 18, 2019, to September 23,

2   2019 should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv)

3   to further the interest of justice, and to promote the continuity and effective preparation of counsel,

4   taking into account the exercise of due diligence.  Failure to grant the continuance would deny the

5   defendant continuity of counsel and deny counsel reasonable time necessary for effective preparation,

6   taking into account the exercise of due diligence, per 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  The parties

7   further stipulate and agree that the ends of justice served by excluding the time from July 18, 2019

8   through September 23, 2019, from computation under the Speedy Trial Act outweigh the best interests

9   of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

10      The undersigned Assistant United States Attorneys certify that they have obtained approval from

11  counsel for the defendant to file this stipulation and proposed order.

12

13      IT IS SO STIPULATED.

14                                          ALEX G. TSE
                                            Attorney for the United States
15                                          Acting Under the Authority Conferred by 28 U.S.C.
16                                          § 515

17  DATED:  June 20, 2019                          /s/              ___
                                            MICHELLE J. KANE
18                                          MATTHEW A. PARRELLA
                                            Assistant United States Attorneys
19

20  DATED:  June 20, 2019                          /s/              ___
                                            DANIEL B. OLMOS
21                                          Counsel for Defendant JIZHONG CHEN

22

23

24

25

26

27

28

1

2                                              **[PROPOSED] ORDER**

3          Based upon the facts set forth in the stipulation of the parties and for good cause shown, it is

4   hereby ordered that the status conference now scheduled for July 18, 2019, is continued to September

5   23, 2019, at 1:30 p.m.  Further, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the Court finds that

6   the ends of justice served in granting the continuance outweigh the best interests of the public and the

7   defendant in a speedy trial and excludes time from July 18, 2019 through September 23, 2019, and that

8   failing to grant the continuance would unreasonably deny defense counsel and the defendant the

9   reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

10  18 U.S.C. § 3161(h)(7)(B)(iv).

11         Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status hearing

12  be continued to September 23, 2019, and that the time from July 18, 2019 to September 23, 2019 shall

13  be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

14         IT IS SO ORDERED.

15

16

17  DATED: _____                              _____

18                                                       HON. EDWARD J. DAVILA
                                                         United States District Judge

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 19 CR 00056-EJD                                              v. 7/10/2018