**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br> v.<br><br>JIZHONG CHEN,<br><br>    Defendant. | Case No. CR 19-00056 EJD<br><br>**[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

GOOD CAUSE APPEARING, it is hereby ordered that the status conference currently scheduled for January 31, 2022, be continued to March 28, 2022, at 1:30 p.m.  Based upon the representation of counsel and for good cause shown, the Court also finds that the time between January 31, 2022, through and including March 28, 2022, shall be excluded from calculations under the Speedy Trial Act.  The interests of justice in allowing for the effective preparation of the defense and continuity of counsel outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated:  January 27, 2022

                   The Hon. Edward J. Davila
                   United States District Judge

3