DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
SHARON M. BUNZEL (S.B. #181609)
sbunzel@omm.com
DANIEL H. LEIGH (S.B. #310673)
dleigh@omm.com

O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Non-Party
APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JIZHONG CHEN,<br><br>        Defendant. | Case No. 5:19-cr-00056-EJD<br><br>**NOTICE OF APPEARANCE OF DAVID R. EBERHART** |

TO ALL PARTIES OF RECORD IN THE ABOVE-REFERENCED ACTION, PLEASE TAKE NOTICE THAT David R. Eberhart of O'Melveny & Myers LLP hereby enters his appearance as counsel for Non-Party Apple Inc. in this matter.

Appearing counsel requests that all papers served in this action be served upon the undersigned at the address below.

David R. Eberhart
deberhart@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

Respectfully submitted,

Dated:  March 14, 2022            **O'MELVENY & MYERS LLP**

 /s/ David R. Eberhart
David R. Eberhart

*Attorney for Non-Party Apple Inc.*