DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
SHARON M. BUNZEL (S.B. #181609)
sbunzel@omm.com
DANIEL H. LEIGH (S.B. #310673)
dleigh@omm.com

O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone:     (415) 984-8700
Facsimile:     (415) 984-8701

Attorneys for Non-Party
APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:19-cr-00056-EJD |
| Plaintiff, | **NOTICE OF APPEARANCE OF DANIEL H. LEIGH** |
| v. | |
| JIZHONG CHEN, | |
| Defendant. | |

1    TO ALL PARTIES OF RECORD IN THE ABOVE-REFERENCED ACTION, PLEASE

2   TAKE NOTICE THAT Daniel H. Leigh of O'Melveny & Myers LLP hereby enters his

3   appearance as counsel for Non-Party Apple Inc. in this matter.

4    Appearing counsel requests that all papers served in this action be served upon the

5   undersigned at the address below.

6

7   Daniel H. Leigh
    dleigh@omm.com

8   O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor

9   San Francisco, California 94111-3823
    Telephone: +1 415 984 8700

10  Facsimile: +1 415 984 8701

11                                              Respectfully submitted,

12  Dated:  March 14, 2022                      **O'MELVENY & MYERS LLP**

13                                               */s/ Daniel H. Leigh*
                                                 Daniel H. Leigh

14                                              *Attorney for Non-Party Apple Inc.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2