# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JIZHONG CHEN,<br><br>        Defendant. | Case No. 5:19-cr-00056-EJD<br><br>**[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FEDERAL RULE OF CRIMINAL PROCEDURE 17(C) SUBPOENA TO NON-PARTY APPLE INC.** |

Good cause appearing, it is ordered that the time by which non-party Apple Inc. ("Apple") must produce documents pursuant to the Federal Rule of Criminal Procedure 17(c) subpoena served on it in the above captioned matter is moved from March 28, 2022 at 1:30pm to June 6, 2022 at 1:30pm. If Apple does not intend to comply with the subpoena by that date, it shall file a motion to quash the subpoena and notice the hearing of that motion for June 6, 2022 at 1:30pm in my courtroom. Apple shall file any motion to quash by May 2, 2022, Defendant Jizhong Chen shall file any opposition by May 16, 2022, and Apple shall file any reply by May 23, 2022.

Dated: March 18, 2022

                                            Hon. Edward J. Davila
                                            United States District Judge