UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>JIZHONG CHEN,<br><br>            Defendant. | Case No. 5:19-cr-00056-EJD<br><br>~~[PROPOSED]~~ ORDER MODIFYING THE INTERIM PROTECTIVE ORDER |

Good cause appearing, it is ordered that that the following definitions and procedures will govern the designation and handling of material and other information produced by Apple in response to the subpoena, while reserving the question of how such material and information should be handled at trial, and during pre- or post-trial hearings for a future time:

1. Apple may designate documents it produces pursuant to the subpoena under the "Confidential" or "Highly Confidential" tiers of the protective order;
2. Confidential material can be Apple trade secret or confidential business information, in addition to any material that might otherwise be designated confidential under the protective order;
3. Highly confidential material can be any confidential material Apple contends should be AEO; and
4. No defense expert who is a current employee of an entity participating in the autonomous vehicle industry or a competitor of Apple Inc. may review or have any access to confidential or highly confidential material that Apple produces pursuant to the subpoena.

Dated: May 2, 2022

_____
Hon. Edward J. Davila
United States District Judge