Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS, LLP
600 University Avenue
Palo Alto, CA  94301
Tel. (650) 326-2980
Fax (650) 326-9704
dolmos@nbo.law

Counsel for Defendant
Jizhong Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>     vs.<br><br>JIZHONG CHEN,<br><br>            Defendant. | Case No. CR 19-00056 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

   IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Marissa Harris, and Defendant Jizhong Chen, through his attorney Daniel Olmos, that the status hearing in this matter be continued from June 6, 2022, to August 29, 2022, at 1:30 p.m.

   The defense has lodged a sealed subpoena duces tecum pursuant to Federal Rule of Criminal Procedure 17(c).  The defense met and conferred with counsel for third party Apple Inc., the recipient of the subpoena, and has agreed to a compliance date of June 6, 2022.  Apple Inc. has also filed a motion to quash portions of the subpoena, and that motion has been referred to the Magistrate Court.  Due to the expected third-party discovery and pending motion to quash, the defense needs

additional time to prepare. The parties here agree to continue the status conference to August 29, 2022.

The parties agree that the time between June 6, 2022, and August 29, 2022, should be excluded from calculations under the Speedy Trial Act, which excludes delay when the interests of justice in allowing for the effective preparation of the defense outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

For the foregoing reasons, the parties stipulate to continue the status conference to August 29, 2022.

IT IS SO STIPULATED.

Dated: June 2, 2022　　　　　　　　　　　　　NOLAN BARTON & OLMOS, LLP

　　　　　　　　　　　　　　　　　　　　　　　 /S/ *Daniel B. Olmos*
　　　　　　　　　　　　　　　　　　　　　　　Daniel B. Olmos

　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Jizhong Chen


Dated: June 2, 2022　　　　　　　　　　　　　Stephanie Hinds, United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　 /S/ *Marissa Harris*
　　　　　　　　　　　　　　　　　　　　　　　By: Marissa Harris

　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>             Plaintiff,<br><br>    v.<br><br>JIZHONG CHEN,<br><br>             Defendant. | Case No. CR 19-00056 EJD<br><br>[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |

GOOD CAUSE APPEARING, it is hereby ordered that the status conference currently scheduled for June 6, 2022, be continued to August 29, 2022, at 1:30 p.m.  Based upon the representation of counsel and for good cause shown, the Court also finds that the time between June 6, 2022, through and including August 29, 2022, shall be excluded from calculations under the Speedy Trial Act.  The interests of justice in allowing for the effective preparation of the defense and continuity of counsel outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated:  June 2, 2022

_____
The Hon. Edward J. Davila
United States District Judge